**IN THE UNITED STATES DISTRICT COURT**
ED-7
FILED FOR D'**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**
04 OCT -4 PM 2: 02

| | | |
|---|---|---|
| Sandy G. Molina, individually and on behalf of all others similarly situated, | ) ) ) | **04C 6386** |
| Plaintiff, | ) ) | |
| v. | ) ) ) | No. |
| Van Ru Credit Corporation, an Illinois corporation, | ) ) ) | JUDGE GRADY  MAGISTRATE JUDGE  GERALDINE SOAT BROWN |
| Defendant. | ) ) ) | Jury Demanded |

DOCKETED
OCT 0 4 2004

## CLASS ACTION COMPLAINT

Plaintiff, Sandy G. Molina, individually and on behalf of all others similarly situated, brings this action under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq. ("FDCPA"), for a declaration that the form of Defendant's debt collection letters violates the FDCPA, and to recover damages by reason of Defendant's violation of the FDCPA, and alleges:

### JURISDICTION AND VENUE

1.      The jurisdiction of the Court is invoked as authorized by § 1692k(d) of the FDCPA, and 28 U.S.C. § 1331.

2.      Venue is proper in this District because the acts and transactions occurred here, Plaintiff resides here, and Defendant transacts business here.

### PARTIES

3.      Plaintiff, Sandy G. Molina ("Molina"), is a citizen of the State of Illinois, residing in the Northern District of Illinois, from whom Defendant attempted to collect a consumer debt allegedly owed to Capital One Services.

4. Defendant, Van Ru Credit Corporation ("Van Ru"), is an Illinois corporation that acts as a debt collector, as defined by § 1692a of the FDCPA, because it regularly uses the mails and/or telephone to collect, or attempt to collect, consumer debts, including consumer debts in the Northern District of Illinois.

## FACTUAL ALLEGATIONS

5. Defendant Van Ru sent Molina a form collection letter, dated October 6, 2003, in which it made a settlement offer to resolve her account for 75% of the balance, but stated that payment had to be received in Van Ru's office by a specific date. Specifically, this letter stated, in pertinent part:

***

### SETTLEMENT OFFER

We are authorized to settle your account with the above client which, as of the date of this letter, is $819.84 for the sum of $614.88, provided this sum is received by Van Ru by October 21, 2003.

This offer automatically will be revoked if your payment is not received by October 21 2003.

We may be able to take your payment over the phone. Contact a Van Ru representative at the above toll-free number.

***

This letter was sent within one year of this Complaint and is attached as Exhibit A.

6. Thereafter, via a letter dated November 24, 2003, Van Ru made an even better settlement offer to Plaintiff to settle the account for 60% of the balance but also said this latest offer had to be received by a specific date. This

letter was sent within one year of the date of this Complaint and is attached as Exhibit B.

7.      The statements in Defendant's form collection letters are to be interpreted under the "unsophisticated consumer" standard.  (See, Bartlett v. Heibl, 128 F.3d 497, 500 (7th Cir. 1997); Chauncey v. JDR, 118 F.3d 516, 519 (7th Cir. 1997); Avila v. Rubin, 84 F.3d 222, 226 (7th Cir. 1996)).

### Violation Of § 1692e Of The FDCPA By Making False, Deceptive Or Misleading Statements Of Limited Time Settlement Offers

8.      Section 1692e of the FDCPA prohibits Defendant Van Ru from making any false, deceptive or misleading statements.  Defendant Van Ru falsely stated in two of its form collection letters (Ex.'s A and B) that it was, for a limited time, able to make a settlement offer to Plaintiff to resolve her debt for 75% of the balance, and thereafter 60% of the balance, as long as payment was received in their office by a specific date.  Defendant Van Ru's own letters show that its limited duration settlement offers were not of limited duration.  The first settlement offer (Ex. A) was false because a second even better offer was made (Ex. B).  Moreover, Defendant and its client are virtually always ready to settle debts for 75% of the balance or less.  Thus, Defendant Van Ru's collection letters violate § 1692e of the FDCPA.  See, Goswami v. American Collections Enterprise, Inc., 2004 WL 1562708 at [*13] (5th Cir. 2004).

9.      Defendant Van Ru's violation of § 1692e of the FDCPA renders it liable for statutory damages, costs, and reasonable attorneys' fees.  (See, 15 U.S.C. § 1692(k)).

## CLASS ALLEGATIONS

10.     Plaintiff, Sandy G. Molina, brings this action individually and as a class action on behalf of all persons similarly situated in the State of Illinois from whom Defendant Van Ru attempted to collect a consumer debt allegedly owed to Capital One Services, from one year before the date of this Complaint to the present, and as to which the consumer was sent a purported limited settlement offer letter similar to the letters Plaintiff received. This action seeks a declaration that Defendant Van Ru's form letters violate the FDCPA, and asks that the Court award damages as authorized by § 1692k(a)(2) of the FDCPA.

11.     Defendant Van Ru regularly engages in debt collection, using the same form collection letters it sent Plaintiff Molina, in its attempts to collect from other persons.

12.     The Class consists of more than 50 persons from whom Defendant attempted to collect consumer debts by sending other consumers the same form collection letters it sent Plaintiff Molina.

13.     Plaintiff Molina's claims are typical of the claims of the Class. Common questions of law or fact raised by this class action complaint affect all members of the Class and predominate over any individual issues. Common relief is therefore sought on behalf of all members of the Class. This class action is superior to other available methods for the fair and efficient adjudication of this controversy.

14.     The prosecution of separate actions by individual members of the Class would create a risk of inconsistent or varying adjudications with respect to

4

the individual members of the Class, and a risk that any adjudications with respect to individual members of the Class would, as a practical matter, either be dispositive of the interests of other members of the Class not party to the adjudication, or substantially impair or impede their ability to protect their interests. Defendant Van Ru has acted in a manner applicable to the Class as a whole such that declaratory relief is warranted.

15.     Plaintiff Molina will fairly and adequately protect and represent the interests of the Class. The management of the class action proposed is not extraordinarily difficult, and the factual and legal issues raised by this class action complaint will not require extended contact with the members of the Class, because Defendant Van Ru's conduct was perpetrated on all members of the Class and will be established by common proof. Moreover, Plaintiff Molina has retained counsel experienced in class action litigation, including class actions brought under the FDCPA.

## PRAYER FOR RELIEF

Plaintiff, Sandy G. Molina, prays that this Court:

1.     Certify this action as a class action;

2.     Appoint Plaintiff Molina as Class Representative of the Class, and her attorneys as Class Counsel;

3.     Declare that Defendant's form collection letters violate the FDCPA;

4.     Enter judgment in favor of Plaintiff Molina and the Class, and against Defendant, for statutory damages, costs, and reasonable attorneys' fees as provided by § 1692k(a) of the FDCPA;  and,

5.    Grant such further relief as deemed just.

**JURY DEMAND**

Plaintiff, Sandy G. Molina, demands trial by jury.

<div style="margin-left:50%">

Sandy G. Molina, individually and on behalf of all others similarly situated,

One of Plaintiff's Attorneys

</div>

Dated: October 4, 2004

David J. Philipps
Mary E. Philipps
Gomolinski & Philipps, Ltd.
8855 S. Roberts Road
Hickory Hills, Illinois  60457
(708) 974-2900
(708) 974-2907 (FAX)

*Van Ru Credit Corporation*

*4415 S Wendler Dr, Bldg B, Suite 200*
*Tempe AZ 85282-6410*
*Telephone #: 800-408-2678 Ext. 2146*

PO Box 4
Lincolnw    IL 60646-0549

RETURN   RVICE REQUESTED

October    003

1142878    5  200399  55615
Sandy G    lina
2836 N    ing Ave
Chicago    0618-7214

VAN RU CREDIT CORPORATION
PAYMENT PROCESSING CENTER
PO Box 498
Park Ridge IL 60068-0498

Account # 11428784
Balance: $ 819.84

**Past Due Balance**

***Detach Upper Portion And Return With Payment***

| Credi        | Account #                        | Balance      |
|--------------|----------------------------------|--------------|
| Capit   One Services  Primary | Se5291071503669382 | $    819.84 |

## SETTLEMENT OFFER

We are    orized to settle your account with the above client which, as of the date of this letter, is $819.84 for the sum of $614.8    ovided this sum is received by Van Ru by October 21  2003.

This of    automatically will be revoked if your payment is not received by October 21  2003.

We ma    able to take your payment over the phone.  Contact a Van Ru representative at the above toll-free number.

This co    unication is from a debt collector.  This is an attempt to collect a debt.  Any information obtained will be used for that pur    e.

Yours t

*Van    Credit Corporation*

1ONVANR



*Van Ru Credit Corporation*

*4415 S Wendler Dr, Bldg B, Suite 200*
*Tempe AZ 85282-6410*
*Telephone #: 800-408-2678 Ext. 2171*

PO Box 549
Lincoln__ d IL 60646-0549
RETU__ ERVICE REQUESTED

Nove__ 24, 2003

VAN RU CREDIT CORPORATION
PAYMENT PROCESSING CENTER
PO Box 498
Park Ridge IL 60068-0498

11428__460  150929  10780
Sandy__ Molina
2836 __ ___ding Ave
Chica__ IL 60618-7214

Account # 11428784
Balance: $ 836.50

| Past Due Balance |
| --- |

***Detach Upper Portion And Return With Payment***

| Cred__ or | Account # | Balance |
| --- | --- | --- |
| Capi__ l One Services  Primary | Se5291071503669382 | $    836.50 |

## SETTLEMENT OFFER

We ar__ thorized to settle your account with the above client which, as of the date of this letter, is $836.50 for the sum of $501.__ provided this sum is received by Van Ru by December 9 2003.

This o__ automatically will be revoked if your payment is not received by December 9 2003.

We m__ be able to take your payment over the phone. Contact a Van Ru representative at the above toll-free number.

This c__ munication is from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that p__ ose.

Yours__ ly,

*Van__ u Credit Corporation*

10NVA__ __0

*__Ru Credit Corporation ◆ 4415 S Wendler Dr, Bldg B, Suite 200 ◆ Tempe AZ 85282-6410 ◆ Telephone #: 80__*
*Hours: Mon-Thu 6am to 9pm, Fri 6am to 5pm, Sat 6am to 12pm*

EXHIBIT
B

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

ED-7
FILED FOR DOCKETING
04 OCT -4 PM 2:01

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.

| | |
|---|---|
| Plaintiff(s): **Sandy G. Molina, individually and on behalf of all others similarly situated,** | Defendant(s):**Van Ru Credit Corporation, an Illinois corportion,** |
| County of Residence: Cook | County of Residence: |
| Plaintiff's Atty: Gomolinski & Philipps, Ltd.<br>8855 South Roberts Road<br>Hickory Hills, IL 60457<br>(708) 974-2900 | Defendant's Atty: |

**04C   6386**

II. Basis of Jurisdiction: **3. Federal Question (U.S. not a party)**    JUDGE GRADY

DOCKETED
OCT 0 4 2004

III. Citizenship of Principal
Parties (Diversity Cases Only)

Plaintiff:-**N/A**
Defendant:-**N/A**

MAGISTRATE JUDGE
GERALDINE SOAT BROWN

IV. Origin : **1. Original Proceeding**

V. Nature of Suit: **890 Other Statutory Actions**

VI. Cause of Action: **Fair Debt Collection Practices Act, 15 U.S.C. Section 1692 et seq.**

VII. Requested in Complaint
Class Action:**Yes**
Dollar Demand: **damages, costs and reasonable attorneys' fees**
Jury Demand: **Yes**

VIII. This case **IS NOT** a refiling of a previously dismissed case.

Signature:

Date: 10/4/04

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, print this form, sign and date it and submit it with your new civil action. **Note: You may need to adjust the font size in your browser display to make the form print properly.**    Revised: 06/28/00

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

In the Matter of Sandy G. Molina, individually and on behalf of all others similarly situated, v. Van Ru Credit Corporation, a Illinois corporation.

FILED FOR DOCKETING

04 OCT -4 PM 2: 01

CLERK
U.S. DISTRICT COURT

Case Number: 04 C 12471



04C 6386
DOCKETED
OCT 0 4 2004

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

Plaintiff Sandy G. Molina, individually and on behalf of all others similarly situated.

JUDGE GRADY

MAGISTRATE JUDGE
GERALDINE SOAT BROWN

| (A) | | | (B) | | |
|---|---|---|---|---|---|
| SIGNATURE | | | SIGNATURE | | |
| NAME | David J. Philipps | | NAME | Mary E. Philipps | |
| FIRM | Gomolinski & Philipps, Ltd. | | FIRM | Gomolinski & Philipps, Ltd. | |
| STREET ADDRESS | 8855 S. Roberts Road | | STREET ADDRESS | 8855 S. Roberts Road | |
| CITY/STATE/ZIP | Hickory Hills, Illinois 60457 | | CITY/STATE/ZIP | Hickory Hills, Illinois 60457 | |
| TELEPHONE NUMBER | 708-974-2900 | | TELEPHONE NUMBER | 708-974-2900 | |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | Ill. Bar No. 06196285 | | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | Ill. Bar No. 06197113 | |
| MEMBER OF TRIAL BAR? | YES ☑ | NO ☐ | MEMBER OF TRIAL BAR? | YES ☐ | NO ☑ |
| TRIAL ATTORNEY? | YES ☑ | NO ☐ | TRIAL ATTORNEY? | YES ☑ | NO ☐ |
| | | | DESIGNATED AS LOCAL COUNSEL? | YES ☐ | NO ☑ |

| (C) | | | (D) | | |
|---|---|---|---|---|---|
| SIGNATURE | | | SIGNATURE | | |
| NAME | | | NAME | | |
| FIRM | | | FIRM | | |
| STREET ADDRESS | | | STREET ADDRESS | | |
| CITY/STATE/ZIP | | | CITY/STATE/ZIP | | |
| TELEPHONE NUMBER | | | TELEPHONE NUMBER | | |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | | | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | | |
| MEMBER OF TRIAL BAR? | YES ☐ | NO ☐ | MEMBER OF TRIAL BAR? | YES ☐ | NO ☐ |
| TRIAL ATTORNEY? | YES ☐ | NO ☐ | TRIAL ATTORNEY? | YES ☐ | NO ☐ |
| DESIGNATED AS LOCAL COUNSEL? | YES ☐ | NO ☐ | DESIGNATED AS LOCAL COUNSEL? | YES ☐ | NO ☐ |